**STATE ex SCHROER v SCHIRMER et**

Ohio Appeals, 1st Dist, Hamilton Co

Decided July 9, 1934

Frank K. Bowman, Cincinnati, for re-
lator.

Louis J. Schneider, Cincinnati, Prosecut-
ing Attorney, and Walter H. Bachrach, Cin-
cinnati, for respondents.

For full opinion see 2 OO 246; 49 Oh
Ap 103.